| | |
|---|---|
| Christopher J. Michie<br>Bruce W. Clark<br>CLARK MICHIE LLP<br>103 Carnegie Center<br>Suite 300<br>Princeton, NJ 08540<br>(609) 955-3477 | Russell L. Lichtenstein<br>COOPER LEVENSON, P.A.<br>1125 Atlantic Avenue<br>Atlantic City, NJ 08401<br>(609) 318-3904<br><br>Attorneys for Defendant<br>Marina District Development<br>Corporation, LLC d/b/a<br>the Borgata Hotel Casino & Spa |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAVI MOTWANI and BARRY CASSELL, Individually and on behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO AND SPA,<br><br>Defendant. | Civil Action No.<br>2:15-cv-02069-JLL-JAD<br><br><br>NOTICE OF MOTION<br>TO DISMISS<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that on May 18, 2015, at 10 am or as soon thereafter as counsel may be heard, the defendant, Marina District Development Company, LLC, d/b/a the Borgata Hotel Casino & Spa, shall move before the Honorable Jose L. Linares, U.S.D.J., at the Martin Luther

King Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the following claims in Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b):

- All Counts as to plaintiff Ravi Motwani; and
- The Second Count as to plaintiff Barry Cassell.

PLEASE TAKE FURTHER NOTICE that the Defendant shall rely upon the accompanying brief in support of its motion. Pursuant to L. Civ. R. 78.1, the defendant respectfully requests oral argument.

DATED: April 20, 2015

/s/ Christopher J. Michie
Christopher J. Michie
Bruce W. Clark
CLARK MICHIE LLP
103 Carnegie Center
Suite 300
Princeton, NJ 08540
(609) 955-3477

/s/ Russell L. Lichtenstein
Russell L. Lichtenstein
COOPER LEVENSON, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401
(609) 318-3904

Attorneys for Defendant
Marina District Development
Corporation, LLC d/b/a
the Borgata Hotel Casino & Spa

## **CERTIFICATE OF SERVICE**

I certify that on April 20, 2015, I caused a copy of the foregoing document, together with all supporting papers, to be served via ECF and first class mail upon the following:

>Bruce H. Nagel, Esq.
>Randee M. Matloff, Esq.
>NAGEL RICE, LLP
>103 Eisenhower Parkway
>Suite 103
>Roseland, NJ 07068
>
>Counsel for Plaintiffs

        /s/ Christopher J. Michie
       Christopher J. Michie