**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAVI MOTWANI, etc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA DISTRICT DEVELOPMENT COMPANY, LLC, etc.,<br><br>Defendant. | Civil Action No. 15-2069 (JLL) (JAD)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of Defendant's Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b) (6). [ECF No. 9]. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, no oral argument was heard. Upon consideration of the parties' submissions, and for the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this **29th day of May, 2015**,

**ORDERED** that Defendant's Motion to Dismiss [ECF No. 9] is **DENIED**.

**IT IS SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE